OPINION — AG — WHERE THE COMMISSIONER OF LABOR HAS MADE A DETERMINATION OF THE PREVAILING WAGE RATE IN A LOCALITY ON OR ABOUT JULY 1, IN ACCORD WITH 40 O.S. 1967 Supp., 196.6 [40-196.6], HE HAS THE AUTHORITY TO MAKE A NEW INVESTIGATION AND DETERMINATION, AS THE OCCASION MAY ARISE PRIOR TO NEXT JULY. THE COMMISSIONER OF LABOR HAS THE AUTHORITY TO DETERMINE A WAGE RATE FOR A CHARACTER OF WORK NOT COVERED IN ANY PREVIOUS DETERMINATION FOR A LOCALITY. (PENN LERBLANCE)